## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br><br>UNITED STATES OF AMERICA, Petitioner<br><br>V.<br><br>WILLIAM J. BENSON, Respondent | Case Number:<br>FILED: AUG 25, 2008<br>08CV4855<br>JUDGE COAR<br>MAGISTRATE JUDGE SCHENKIER<br>RCC |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

UNITED STATES OF AMERICA

| |
|---|
| NAME (Type or print)<br>ROBERT D. METCALFE |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>    s/Robert D. Metcalfe |
| FIRM<br>U.S. Department of Justice |
| STREET ADDRESS<br>P.O. Box 7238, Ben Franklin Station |
| CITY/STATE/ZIP<br>Washington, D.C. 20001 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| | |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES X | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO X (gov't atty) |

| | | |
|---|---|---|
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES X | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐