# United States District Court for the Northern District of Illinois

Case Number: 08CV4855          Assigned/Issued By: DAJ

Judge Name: COAR             Designated Magistrate Judge: SCHENKIER

---

## FEE INFORMATION

**Amount Due:**   ☐ $350.00    ☐ $39.00    ☐ $5.00
                 ☐ IFP        ☑ No Fee    ☐ Other _____
                 ☐ $455.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____        Receipt #: _____

Date Payment Rec'd: _____        Fiscal Clerk: _____

---

## ISSUANCES

☑ Summons                                ☐ Alias Summons

☐ Third Party Summons                    ☐ Lis Pendens

☐ Non Wage Garnishment Summons           ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons     _____
                                         _____
☐ Citation to Discover Assets            (Victim, Against and $ Amount)

☐ Writ _____
       (Type of Writ)

_1_ Original and _0_ copies on _08/25/08_ as to _DEF._ _____
                                 (Date)

_____

_____